# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**THOMAS J. MCMASTERS−STONE ,**

V.

## SUMMONS IN A CIVIL CASE

**JOSEPH BIDEN, ET AL. ,**

CASE NO: **2:12−CV−02711−GEB−DAD**

TO: **Daniel Akaka, Lamar Alexander, Kelly Ayotte, Kay Bailey, John Barrasso, Max Baucus, Mark Begich, Michael Bennett, Jeff Bingaman, Richard Blumenthal, Roy Blunt, John Boozman, Barbara Boxer, Scott P Brown, Sherrod Brown, Richard Burr, Maria Cantwell, Benjamin Cardin, Thomas Carper, Robert Casey, Saxby Chambliss, Daniel Coats, Tom Coburn, Thad Cochran, Susan Collins, Kent Conrad, Christopher Coons, Bob Corker, John Cornyn, Mike Crapo, Jim DeMint, Richard Durbin, Michael Enzi, Dianne Feinstein, Al Franken, Kirsten Gillibrand, Lindsay Graham, Chuck Grassley, Kay Hagan, Tom Harkin, Orrin Hatch, Dean Heller, John Hoeven, − Hutchison, James Inhofe, Daniel Inouye, Johnny Isakson, Mike Johanns, Ron Johnson, Tim Johnson, John Kerry, Mark Kirk, Amy Klobuchar, Herb Kohl, Jon Kyl, Mary Landrieu, Frank Lautenberg, Patrick Leahy, Mike Lee, Carl Levin, Joseph Lieberman, Richard Lugar, Joe Manchin, John McCain, Claire McCaskill, Mitch McConnell, Robert Menendez, Jeff Merkley, Barbara Mikulski, Jerry Moran, Lisa Murkowski, Patty Murray, Ben Nelson, Bill Nelson, Rand Paul, Rob Portman, Mark Pryor, Jack Reed, Harry Reid, James Risch, Pat Roberts, John Rockefeller, Marco Schumer Rubio, Charles Schumer, Jeff Sessions, Jeanne Shaheen, Richard Shelby, Olympia Snowe, Debbie Stabenow, Jon Tester, John Thune, Patrick Toomey, Mark Udall, Tom Udall, David Vitter, Mark Warner, Jim Webb, Sheldon Whitehouse, Roger Wicker, Ron Wyden**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Thomas J. McMasters−Stone**
**P.O. Box 755**
**Winters, CA 95694−0755**

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**VICTORIA C. MINOR**

CLERK

**/s/ H. Kaminski**

(By) DEPUTY CLERK

**ISSUED ON 2012−11−09 13:52:51.0**, Clerk
USDC EDCA

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ________________________________________
________________________________________________________________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:__________________________________

☐ Returned unexecuted:________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

☐ Other (specify) :__________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ________________________ ________________________________________
Date *Signature of Server*

________________________________________
*Address of Server*