United States District Court
Eastern Division of California
Sacramento Division
501 I Street
Sacramento, CA 95814



**FILED**

JAN 30 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Case No: 2:12-CV-02711-GEB-DAD

**COMPLAINT WITHDRAWN**

<u>PLAINTIFF</u>

THOMAS J. McMASTERS-STONE,
and the People of the United States

V.

<u>DEFENDANTS</u>

VICE-PRESIDENT JOSEPH BIDEN, UNITED STATES SENATORS DIANNE FEINSTEIN, AL FRANKEN, MITCH McCONNELL, BARBARA BOXER, RAND PAUL, BERNIE SANDERS and HARRY REID, IN THEIR OFFICIAL CAPACITY, and certain Senate Rules, Practices, and Procedures.

---

Regretfully, Plaintiff must withdraw this action because of serious health issues that demand his full attention. Plaintiff understands he must start over from the beginning when he re-files.

_Thomas J. McMasters-Stone_
Thomas J. McMasters-Stone
PO Box 755
Winters, CA 95694-0755
530-795-4427
Facebook: http://www.facebook.com/SenateLawsuit
Blog: www.SenateLawsuit.blogspot.com/